GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
　jcripps@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
　tcochrane@gibsondunn.com
MONICA B. PALADINI, SBN 328550
　mpaladini@gibsondunn.com
ALICIA HERNANDEZ, SBN 346814
　ahernandez@gibsondunn.com
LILI ANNA ITALIANE, SBN 352519
　litaliane@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
JEWISH NATIONAL FUND, INC.

MOON LAW GROUP, PC
KANE MOON
　kmoon@moonlawgroup.com
S. PHILLIP SONG
　psong@moonlawgroup.com
STANLEY J. PARK
　spark@moonlawgroup.com
1055 W. Seventh St., Suite 1880
Los Angeles, CA 90017
Telephone: 213.232.3128
Facsimile: 213.232.3125

Attorneys for Plaintiff
RANDI GLAZER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI GLAZER, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEWISH NATIONAL FUND, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-02748-PSG-AGR<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY**<br><br>Judge:　　　Philip S. Gutierrez<br>Courtroom:　6A<br><br>Action Filed:　February 7, 2024<br>Removal Date:　April 4, 2024 |

Pursuant to Local Rule 40-2, Plaintiff Randi Glazer ("Plaintiff") and Defendant Jewish National Fund, Inc. ("JNF"), by and through their counsel of record, hereby notify the Court that the parties have reached an agreement in principle to resolve Plaintiff's individual claims against JNF. The parties are currently working on memorializing the settlement in a long form settlement agreement.

Accordingly, the parties respectfully request that the Court issue an order (1) staying this action, except to accomplish the matters described above; and (2) vacating all current deadlines, including the deadline for JNF to file its responsive pleading.

The parties further agree, subject to the Court's approval, to file a joint notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or provide a progress report on the status of the settlement, within the next 60 days.

DATED: May 14, 2024					GIBSON, DUNN & CRUTCHER LLP

							By: /s/ Jesse A. Cripps
							    Jesse A. Cripps
							    Thomas F. Cochrane
							    Monica B. Paladini
							    Alicia Hernandez
							    Lili Anna Italiane

							Attorneys for Defendant
							JEWISH NATIONAL FUND, INC.

DATED: May 14, 2024					MOON LAW GROUP, PC

							By: /s/ S. Phillip Song
							    Kane Moon
							    S. Phillip Song
							    Stanley J. Park

							Attorneys for Plaintiff
							RANDI GLAZER

**ECF ATTESTATION**

I, Jesse A. Cripps, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: May 14, 2024                              By: */s/ Jesse A. Cripps*
                                                          Jesse A. Cripps