GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
  tcochrane@gibsondunn.com
MONICA B. PALADINI, SBN 328550
  mpaladini@gibsondunn.com
ALICIA HERNANDEZ, SBN 346814
  ahernandez@gibsondunn.com
LILI ANNA ITALIANE, SBN 352519
  litaliane@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
JEWISH NATIONAL FUND, INC.

MOON LAW GROUP, PC
KANE MOON
  kmoon@moonlawgroup.com
S. PHILLIP SONG
  psong@moonlawgroup.com
STANLEY J. PARK
  spark@moonlawgroup.com
1055 W. Seventh St., Suite 1880
Los Angeles, CA 90017
Telephone: 213.232.3128
Facsimile: 213.232.3125

Attorneys for Plaintiff
RANDI GLAZER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI GLAZER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JEWISH NATIONAL FUND, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02748-PSG-AGR<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Philip S. Gutierrez<br>Courtroom: 6A |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Randi Glazer ("Plaintiff") and Defendant Jewish National Fund, Inc. ("JNF"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on February 7, 2024, Plaintiff filed a complaint in this civil action in Los Angeles County Superior Court, and on April 4, 2024, JNF removed the case to this Court (Dkt. 1);

WHEREAS, on May 14, 2024, the Parties notified the Court that they had reached an agreement in principle to settle the action on an individual basis (Dkt. 14), and on May 16, 2024, this Court stayed this case, except to accomplish the finalization of the individual settlement agreement (Dkt. 15);

WHEREAS, on June 18, 2024, the Parties executed the Settlement Agreement;

WHEREAS, in accordance with the terms of the Settlement Agreement, the Parties desire that the Action be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

//
//
//
//
//
//
//
//
//
//
//
//
//

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims shall be dismissed with prejudice as to her individual claims and without prejudice as to the class claims, thereby resulting in the dismissal of this civil action. According to Rule 41(a)(1)(A)(ii), this stipulation of dismissal signed by all Parties who have appeared, by and through their respective counsel, constitutes the voluntary dismissal of the Action without need of further Court order.

**IT IS SO STIPULATED.**

DATED: July 11, 2024                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jesse A. Cripps*
    Jesse A. Cripps
    Thomas F. Cochrane
    Monica B. Paladini
    Alicia Hernandez
    Lili Anna Italiane

Attorneys for Defendant
JEWISH NATIONAL FUND, INC.

DATED: July 11, 2024                    MOON LAW GROUP, PC

By: */s/ S. Phillip Song*
    Kane Moon
    S. Phillip Song
    Stanley J. Park

Attorneys for Plaintiff
RANDI GLAZER

**ECF ATTESTATION**

I, S. Phillip Song, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: July 11, 2024                              By: */s/ S. Phillip Song* _____
                                                          S. Phillip Song